UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MELVIN FAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-1721-SEB-VSS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 05/15/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Melvin Fagan
Reg. No. 03948-028
Federal Prison Camp
Montgomery Maxwell Air Force Base
Montgomery, AL   36112

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048